```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

Muhammad Saleem,                :

    Plaintiff,              :

  v.                            :   Case No. 2:06-cv-0258

Mark Hansen, et al.,            :   JUDGE SMITH

    Defendants.             :

<u>ORDER</u>

    Plaintiff has moved to dismiss the complaint.  No answer or motion for summary judgment has been filed.  Plaintiff therefore has the right to dismiss the complaint voluntarily without consent of the defendants or leave of Court.  The motion to dismiss (#11) is therefore GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

<u>/s/ George C. Smith</u>
George C. Smith
United States District Judge